```
HEATHER E. WILLIAMS, #122664
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS BELTRAN-VALENZUELA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 10-cr-00288-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JESUS BELTRAN-VALENZUELA, | DATE: August 8, 2013 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr. |

JESUS BELTRAN-VALENZUELA by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for July 18, 2013, be continued to August 8, 2013, at 9:00 a.m..

This continuance is being requested because defense counsel requires additional time to pursue investigation, await reports on priors which defense counsel has requested, and to discuss the case further with the government.

Defense counsel will communicate with the government before the next status conference to discuss any possible outstanding discovery and to discuss plea negotiations.  This continuance is necessary for the ongoing preparation of counsel.  The parties anticipate that this case will resolve without the need of a trial.

Counsel, along with the defendant, agree that the time from July 18, 2013 through August 8, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: July 16, 2013          Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

                              /S/ Angeles Zaragoza
                              ANGELES ZARAGOZA
                              Assistant Federal Defender
                              Attorney for Defendant
                              JESUS BELTRAN-VALENZUELA


DATE: July 16, 2013           BENJAMIN B. WAGNER
                              United States Attorney

                              /S/ Angeles Zaragoza for
                              NIRAV DESAI
                              Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

2

**O R D E R**

IT IS HEREBY ORDERED that this matter is **continued to August 8, 2013, at 9:00 a.m.**, for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from July 18, 2013 up to and including August 8, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Date: July 23, 2013

---

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3